SAYRE & CO., Ltd., Appellant,

v.

A. G. MADDOX, Commissioner of Revenue and Taxation, Appellee.

No. 20771.

United States Court of Appeals
Ninth Circuit.

May 5, 1967.

Barrett, Ferenz & Trapp, W. Scott Barrett, David S. Madis, Oakland, Cal., & Agana, Guam, for appellant.

Harold W. Burnett, Atty. Gen., C. E. Morrison, Asst. Atty. Gen., Olen Burnett, Atty., Agana, Guam, for appellee.

Before BROWNING and DUNIWAY, Circuit Judges, and TAVARES, District Judge.

PER CURIAM:

The judgment is reversed on the authority of Atkins-Kroll (Guam) Ltd. v. Government of Guam, 367 F.2d 127 (9th Cir. 1966), certiorari denied 386 U.S. 993, 87 S.Ct. 1309, 18 L.Ed.2d 339 (1967).

1. Hall v. State Farm Mut. Auto. Ins. Co., 268 F.Supp. 995 (D.S.C. Oct. 26, 1966).

UNITED STATES of America ex rel.
Carmen GASPERO, Appellant,

v.

COMMONWEALTH OF PENN-
SYLVANIA.

No. 16269.

United States Court of Appeals
Third Circuit.

Argued March 23, 1967.

Decided April 6, 1967.

Rehearing Denied May 1, 1967.

Neil Leibman, Philadelphia, Pa., for appellant.

Charles A. Hadda, Asst. Dist. Atty., Philadelphia, Pa. (Alan J. Davis, Asst. Dist. Atty., Chief Appeals Division, Arlen Specter, Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before STALEY, Chief Judge, and KALODNER and SMITH, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

On review of the record we find no error. The Order of the District Court denying the petition for writ of habeas corpus will be affirmed for the reasons so well stated by Judge Van Dusen in his Memorandum and Order Sur Petition for Writ of Habeas Corpus. 267 F.Supp. 316.